■ HEATHER HITCHCOCK, Respondent, v CAYUGA-ONONDAGA BOARD OF COOPERATIVE EDUCATIONAL SERVICES, Appellant. [769 NYS2d 770]—Appeal from an order of Supreme Court, Cayuga County (Corning, J.), entered March 25, 2003, which granted claimant's application to serve a late notice of claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Cayuga County, Corning, J. Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Hayes, JJ.

■ SEMSUDIN PEHLIC et al., Respondents, v CITY OF UTICA, et al., Appellants. [769 NYS2d 769]—Appeal from an order of Supreme Court, Oneida County (Grow, J.), entered February 19, 2003, which denied defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Oneida County, Grow, J. Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Hayes, JJ.